# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BUCKSHAW, <br>     Plaintiff, <br><br> v. <br><br> MCDONALD'S HAMBURGER <br> CORPORATION, *et al.*, <br>     Defendants. | : <br> : <br> : <br> :      CIVIL ACTION NO. 20-CV-5947 <br> : <br> : <br> : |

## ORDER

AND NOW, this 4th day of December, 2020, upon consideration of John Buckshaw's Notice of Removal of Criminal Action (ECF No. 1), and the Court finding there is no basis for removal of the criminal proceedings cited in Buckshaw's Notice it is **ORDERED** that:

1. The criminal proceedings cited in Buckshaw's Notice and/or confirmed from publicly available records, *Commonwealth v. Buckshaw*, Nos. GC18055249-00, -01, -02; GC18055252-00, GC18055254-00; GC18055255-00, and GC18055256-00. are **SUMMARILY REMANDED** to the County General District Court of Fairfax, Virginia pursuant to 28 U.S.C. § 1455(b)(4).

2. The Clerk of Court shall **CLOSE** this case.

                                           **BY THE COURT:**

                                           /s/Joel H. Slomsky, J.
                                           **JOEL H. SLOMSKY, J.**